# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 04-1079

_____

Jesse Robert Furr/Stanley,　　　　　　　*
　　　　　　　　　　　　　　　　　　　　*
　　　　　　Appellant,　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　　*
　　v.　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　　*
Greg Harmon, Warden, East Arkansas　　*　　Appeal from the United States
Regional Unit, ADC; Tommy James,　　　 *　　District Court for the
Assistant Warden, Maximum Security　　 *　　Eastern District of Arkansas.
Unit, ADC; Anderson, Dr., Maximum　　　*
Security Unit, ADC; James I. Cagle,　　*
Dr., Arkansas Department of　　　　　　 *　　[UNPUBLISHED]
Correction; Sarah Speer, Infirmary　　 *
Manager or Staff Personnel, Alexander *
Youth Center; Correctional Medical　　 *
Services; Pinkston, RNP, Maximum　　　 *
Security Unit, ADC; C. Green, RN,　　　*
Unit Infirmary Manager, Maximum　　　　*
Security Unit, ADC,　　　　　　　　　　 *
　　　　　　　　　　　　　　　　　　　　*
　　　　　　Appellees.　　　　　　　　　*

_____

Submitted: September 23, 2004
Filed: April 11, 2006

_____

Before BYE, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Jesse Robert Furr/Stanley (Furr), an inmate at the Tucker Maximum Security Unit in Arkansas, appeals the district court's[1] preservice dismissal without prejudice of his 42 U.S.C. § 1983 action and moves to proceed in forma pauperis (IFP) on appeal and for appointment of counsel. We grant Furr leave to proceed IFP, assessing the filing fee and leaving the collection details to the district court, see Henderson v. Norris, 129 F.3d 481, 484-85 (8th Cir. 1997) (per curiam), and we deny appointment of counsel.

Having carefully reviewed the record, we conclude that dismissal was proper because we agree with the district court that Furr failed to fully exhaust his administrative remedies as to all his claims. See 42 U.S.C. § 1997e(a) (dismissal required where inmate fails to exhaust administrative remedies before filing suit); Johnson v. Jones, 340 F.3d 624, 627 (8th Cir. 2003) (dismissal required when inmate has not administratively exhausted before filing lawsuit); Graves v. Norris, 218 F.3d 884, 885-86 (8th Cir. 2000) (per curiam) (dismissal proper where at least some claims unexhausted).

Accordingly, we affirm. See 8th Cir. R. 47A(a).

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the findings and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.